J-S10013-21

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALEXANDER MELO | : | |
| | : | |
| Appellant | : | No. 1312 MDA 2020 |

Appeal from the PCRA Order Entered September 15, 2020
In the Court of Common Pleas of York County Criminal Division at No(s):
CP-67-CR-0005500-2009

BEFORE:  MURRAY, J., McLAUGHLIN, J., and PELLEGRINI, J.[*]

CONCURRING MEMORANDUM BY PELLEGRINI, J.:     **FILED JUNE 02, 2021**

I concur in the result only for the same reasons I concurred in

***Commonwealth v. Elliott***, 3066 EDA 2019, ____ A.3d ____ (Pa. Super. 2021).

---

[*] Retired Senior Judge assigned to the Superior Court.